```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 12732
  ZACHARY P WEINSTEIN
                                             CHAPTER 13

                                             JUDGE: A. BENJAMIN GOLDGAR

       Debtor
  SSN XXX-XX-2524


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/17/07 .

     2.  The case was dismissed without confirmation, 10/26/2007.

------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
GMAC RESCAP LLC            CURRENT MORTG           .00          .00            .00
GMAC RESCAP LLC            MORTGAGE ARRE   NOT FILED            .00            .00
HARLEY DAVIDSON CREDIT     SECURED VEHIC          .00           .00            .00
ILL DEPT OF EMPLOYMENT S   PRIORITY        NOT FILED            .00            .00
THE ADVERTISER             UNSECURED       NOT FILED            .00            .00
CACH LLC                   UNSECURED       NOT FILED            .00            .00
CAPITAL ONE BANK           UNSECURED       NOT FILED            .00            .00
FIRST MIDWEST BANK         UNSECURED       NOT FILED            .00            .00
HARRIS & HARRIS LTD        UNSECURED       NOT FILED            .00            .00
JOHN P FRYE                UNSECURED       NOT FILED            .00            .00
NICOR GAS                  UNSECURED       NOT FILED            .00            .00
THE BUREAUS INC            UNSECURED       NOT FILED            .00            .00
WELLS FARGO CARD SERVICE   UNSECURED       NOT FILED            .00            .00
         Summary of disbursements:
------------------------------------------------------------------------
                   SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00           .00          .00           .00
PRINCIPAL PAID         .00          .00           .00          .00           .00
INTEREST PAID          .00          .00           .00          .00           .00
TOTAL PAID             .00          .00           .00          .00           .00
The Debtor's attorney, PAUL R IDLAS                 , was allowed $         .00
and was paid $         .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



  Dated: 01/14/08                      /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 12732 ZACHARY P WEINSTEIN